CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 1 7 2009

BY: JOHN F. CORCORAN, CLERK
    /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 7:99CR00048 |
| | CASE NO. 7:00CR00022 |
| v. | ORDER |
| REGINALD MIMMS. | By: Hon. James C. Turk |
| | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the "MOTION PURSUANT TO TITLE 28 U.S.C. 1651 ALL WRITS ACT APPLICATION IN AUDITA QUERELA" and motion for appointment of counsel (Dkt. Nos. 61 & 65 in Case No. 7:99CR00048 and Dkt. Nos. 18 & 21 in Case No. 7:00CR00022) are hereby **DENIED**.

ENTER: This 17th day of March, 2009.

/s/ James C. Turk
Senior United States District Judge