CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 08 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The Supervised Releasee shall participate in a drug treatment program as directed by the probation office, which program may include drug testing to determine whether he has reverted to the use of drugs/alcohol; and also to include participation in mental health counseling as directed by the U.S. Probation Officer.

Witness: _____  Signed: _____
U.S. Probation Officer            Supervised Releasee

10/17/2012
DATE